# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED APR 10 2008
CLERK SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COBBLESTONE TEQUESTA LLC,
dba TEQUESTA CITGO, Individually
and on Behalf of All Others Similarly
Situated

vs

REDDY ICE HOLDINGS, INC.,
REDDY ICE CORPORATION,
ARCTIC GLACIER INCOME FUND,
ARCTIC GLACIER INC., ARCTIC
GLACIER INTERNATIONAL INC.
and HOME CITY ICE COMPANY

**SUMMONS IN A CIVIL ACTION**

Case No.

08 CV 0656 JLS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher M. Burke
Scott + Scott LLP
6 B Street, Suite 1500
San Diego, CA 92101
619.233.4565

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                          _____
                                                                 DATE
By J. PARIS
          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)