

08CV656 JLS(BLM)

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re PACKAGED ICE Antitrust Litigation | ) ) ) | MDL No. 1952 |

# MOTION OF PLAINTIFF COBBLESTONE TEQUESTA LLC FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Cobblestone Tequesta LLC, d/b/a Tequesta Citgo ("Plaintiff" or "Movant"), respectfully moves the Judicial Panel on Multidistrict Litigation (the "Panel"), pursuant to 28 U.S.C. §1407 and Rule 7.2 of the Rules of Procedure for the Panel (the "MDL Rules"), for an order consolidating the related cases listed on Schedule of New Actions and transferring them to the District Court for the Southern District of California. In support of this motion, and as more fully set forth in the concurrently submitted Memorandum of Law in Support of Plaintiffs' Motion for Consolidation and Transfer Pursuant to 28 U.S.C. §1407, Plaintiff avers the following:

1. To date, 55 antitrust class actions have been filed alleging a conspiracy to fix prices in and allocate the market for packaged cubed, crushed, block and dry ice ("Packaged Ice") in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1.

2. Pursuant to Rule 7.2(a)(ii) of the MDL Rules, a Schedule of New Actions for which coordination and consolidation is requested is attached as Exhibit A to the accompanying Memorandum in support of this motion (the "Related Actions").

3. The Related Actions proposed for transfer and consolidation are based on the same operative facts and therefore "involve[e] one or more common questions of fact" as required by 28 U.S.C. § 1407(a). Common questions of fact are: (1) whether Defendants conspired with the purpose and effect of fixing prices, allocating markets, and committing other anticompetitive practices designed to unlawfully fix, raise, maintain and stabilize prices of Packaged Ice in the United States; (2) the identity of those who participated in the conspiratorial conduct; (3) the duration of the conspiracy; (4) the effect upon and the extent of injuries sustained by Plaintiff and members of the class; and (5) the appropriate type and/or measure of damages sustained by Plaintiff and members of the class. Transfer of the Related Actions for coordination will prevent duplication of discovery, eliminate the possibility of conflicting pretrial rulings, and conserve judicial resources.

4. The United States District Court for the Southern District of California is the most appropriate forum for coordination and consolidation of the Related Actions.

5. The Southern District of California possesses a significant nexus to this litigation, as California is a key market for packaged ice.

6. The Southern District of California is an accessible and convenient forum for the parties, witnesses and counsel because it is a major city served by all major airlines via numerous flights from cities across the country, and has a centrally located Courthouse, business district and plentiful hotels just minutes from the airport.

7. The Southern District of California has ample and experienced judicial resources.

8. The Southern District of California has a superior MDL and general docket.

9. The Southern District of California is equipped with sophisticated state-of-the-art courtroom technology.

10. Multiple related actions are currently pending in California.

11. No action has significantly progressed in any jurisdiction, and no judge has gained any significant experience with any of the Related Actions.

WHEREFORE, Movant Tequesta respectfully requests that the Panel issue an order transferring the Related Actions and all subsequently-filed Related Actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings.

DATED: April 23, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
MARY LYNNE CALKINS

_____
MARY LYNNE CALKINS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCOTT + SCOTT LLP
CHRISTOPHER M. BURKE
KRISTEN M. ANDERSON
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

SCOTT + SCOTT LLP
WALTER W. NOSS
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216/229-6088
216/229-6092 (fax)

THE LAW OFFICES OF WILLIAM
  C. WRIGHT, P.A.
The Comeau Building
319 Clematis Street, Suite 109
West Palm Beach, FL 33401
Telephone: 561/514-0904
561/514-0905 (fax)

Attorneys for Plaintiff
Cobblestone Tequesta LLC

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

*In re Packaged Ice Antitrust Litigation*                    MDL - 1952

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on April 23, 2008, declarant served the MOTION OF PLAINTIFF COBBLESTONE TEQUESTA llc FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGSMOTION OF PLAINTIFF COBBLESTONE TEQUESTA LLC FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of April, 2008, at San Diego, California.

_____
CINDI J. LAMBERT

-1-

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:          Judge:

Printed on 04/22/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | => Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | => Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | => Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | => Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | => Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | => Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | => Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | => Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | => Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | => Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | => Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | => Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC | => Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>   Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | ⇒ Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>   Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | ⇒ Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>   Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | ⇒ Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>   Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | ⇒ Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>   Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4605 | ⇒ Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>   Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | ⇒ Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>   Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse* |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | ⇒ Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com<br>   Marin Scotty's Market, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP | ⇒ Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>   Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*; |

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 140 Broadway, 33rd Floor<br>New York, NY 10005 | Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | ⇒ Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | ⇒ Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | ⇒ Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | ⇒ Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202 | ⇒ Phone: (513) 621-2120  Fax: (513) 629-9426<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | ⇒ Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

*In re Packaged Ice Antitrust Litigation*          MDL - 1952

PROOF OF SERVICE BY MAIL  (Relevant District Courts)

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

United States District Court
Southern District of California
880 Front Street, Ste. 4290
San Diego, CA 92101-8900

United States District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

United States District Court
Eastern District of Michigan (Flint)
600 Church Street
Flint, Michigan 48502

United States District Court
Eastern District of Michigan (Detroit)
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

United States District Court
Northern District Minnesota
417 Federal Building
515 W. 1st Street
Duluth, MN 55802-1397

United States District Court
Northern District of Texas
1100 Commerce Street, Rm 1452
Dallas TX 75242-1003

United States District Court
Northern District of Ohio (Cleveland)
801 West Superior Avenue
Cleveland, Ohio 44113