```
 1  Jason C. Murray (State Bar No. 169806)
    Eric P. Enson (State Bar No. 204447)
 2  JONES DAY
    555 South Flower Street
 3  Fiftieth Floor
    Los Angeles, CA  90071-2300
 4  Telephone:    (213) 489-3939
    Facsimile:    (213) 243-2539
 5
    Attorneys for Defendants
 6  ARCTIC GLACIER INCOME FUND, ARCTIC
    GLACIER, INC. & ARCTIC GLACIER
 7  INTERNATIONAL, INC.

 8  [Counsel For All Parties Listed On Signature Page]

 9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12
    COBBLESTONE TEQUESTA LLC, DBA        Case No. 08-CV-0656 JLS (BLM)
13  TEQUESTA CITGO, on Behalf of Itself and
    All Others Similarly Situated,        JOINT MOTION TO EXTEND TIME
14                                        TO ANSWER OR OTHERWISE
                   Plaintiff,             RESPOND TO COMPLAINT, JOINT
15                                        MOTION WAIVING SERVICE AND
          vs.                             REQUEST FOR REASSIGNMENT
16                                        AND APPOINTMENT
    REDDY ICE HOLDINGS, INC., REDDY
17  ICE CORPORATION, ARCTIC GLACIER
    INCOME FUND, ARCTIC GLACIER INC.,
18  ARCTIC GLACIER INTERNATIONAL
    INC, AND HOME CITY ICE COMPANY,
19  et. al.,

20                 Defendants.

21
22
23
24
25
26
27
28
```

# JOINT MOTION

1. WHEREAS the complaint in this action was filed on or about April 10, 2008 ("the Action"); and WHEREAS the Plaintiff has requested that certain Defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure;

2. WHEREAS various other Plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the Action (together with the Action, the "Related Actions"); and

3. WHEREAS certain of the Plaintiffs in the Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML"), pending under the JPML docket captioned *In re: Packaged Ice Antitrust Litigation*, MDL Docket No. 1952, seeking an order centralizing the Related Actions in a single federal judicial district for coordinated and consolidated pretrial proceedings.

4. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or counsel acting on their behalf, that the Defendants' time to answer, move, or otherwise plead in response to the complaint in the Action is extended until the earlier of: (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motions; or (ii) 45 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by the presiding judge, in the event the JPML denies the MDL Motions; provided, however, that, in the event that any undersigned Defendant should agree or be ordered to answer, move or otherwise respond in any other Related Action prior to the above deadlines, then that Defendants shall respond to the Complaint in this Action by that earlier date.

5. IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but

not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses in response to either the current complaint or any amended complaint that may be filed relating to the Action.

6. IT IS HEREBY FURTHER STIPULATED AND AGREED that Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company, agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action only. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

7. PLAINTIFFS REQUEST that the following related cases filed in this District shall be reassigned to Judge Sammartino: (1) Gaslamp Country Club, LLC v. Reddy Ice, et al, Case No. 08-cv-0776 (LAB); (2) Universal Hillcrest, LLC v. Reddy Ice, et al., Case No. 08-cv-0775 (WQH); (3) Market Street Investments LLC v. Reddy Ice, et al., Case No. 08-cv-0753 (MLH); and (4) 6th & Island Investments, LLC v. Reddy Ice, et al., Case No. 08-cv-752 (JAH). Defendants do not oppose this request.

8. PLAINTIFFS FURTHER REQUEST that the Court appoint the law firms of Coughlin Stoia Gellar Rudman & Robbins, LLP, Scott + Scott LLP and Robbins, Umeda & Fink LLP as lead counsel in the proposed reassigned actions listed in Paragraph No. 7. Defendants take no position as to this request.

| | | |
|---|---|---|
| 1 | Dated: May 8, 2008 | JONES DAY |
| 2 | | By: /s/ Jason C. Murray |
| 3 | | Attorneys for Defendants ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., & ARCTIC GLACIER CALIFORNIA, INC. |
| 7 | Dated: May 8, 2008 | JAMES R. NELSON DLA PIPER US LLP 1717 M Street, Suite 4600 Dallas, TX 75201-4629 Tel: (214) 743-4500 |
| | | By: /s/ James R. Nelson |
| | | Attorneys for Defendant REDDY ICE HOLDINGS, INC. |
| 13 | Dated: May 8, 2008 | SANFORD M. LITVACK HOGAN & HARTSON 875 Third Avenue New York, NY 10022 Tel: (212) 918-3000 |
| | | By: /s/ Sanford M. Litvack |
| | | Attorneys for Defendant HOME CITY ICE CO. |
| 19 | Dated: May 8, 2008 | DAVID W. MITCHELL (SBN 199706) COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 655 West Broadway, Suite 1900 San Diego, CA 92101 Tel: 619.231.1058 |
| | | By: /s/ David W. Mitchell |
| | | Attorneys for PLAINTIFF COBBLESTONE TEQUESTA LLC DBA TEQUESTA CITGO |

**EXHIBIT A**

# EXHIBIT A

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Tommy Williams<br>**Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Arizona | 2:08-cv-00843 | Roslyn O. Silver |
| **Plaintiff:** Valencia<br>**Defendants:** Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Kansas | 2:08-cv-2138 | Carlos Murguia |
| **Plaintiff:** Ridge Plaza, Inc.<br>**Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-657 | James M. Rosenbaum |
| **Plaintiff:** Mall Mart, Inc., d/b/a Midway BP<br>**Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-663 | James M. Rosenbaum |
| **Plaintiff:** The Baron Group, Inc. d/b/a Baron's Ice House<br>**Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-670 | James M. Rosenbaum |
| **Plaintiff:** Kozak Enterprises, Inc.<br>**Defendant:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-704 | James M. Rosenbaum |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Solid Waste LTD., Inc., d/b/a Bayland Marina<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-713 | James M. Rosenbaum |
| **Plaintiff:**<br>Thrifty Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-777 | James M. Rosenbaum |
| **Plaintiff:**<br>Chukrid Khorchid, d/b/a 7-Eleven<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-809 | James M. Rosenbaum |
| **Plaintiff:**<br>G.M. Food & Fuel, LLC, d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-826 | James M. Rosenbaum |
| **Plaintiff:**<br>Public Foods, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | District of Minnesota | 0:08-cv-862 | James M. Rosenbaum |
| **Plaintiff:**<br>Thomas Beverage Co., Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-863 | James M. Rosenbaum |
| **Plaintiff:**<br>Firdous d/b/a TFS, Inc. a/k/a All Stop #2<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1020 | James M. Rosenbaum |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Meleen Corp. db/a Meleen Sporstman Store<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1025 | James M. Rosenbaum |
| **Plaintiff:**<br>Arkansas Garden Center West LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier Inc.; Arctic Glacier Int'l, Inc.; Home City Ice Co. | District of Minnesota | 0:08-cv-01077 | James M. Rosenbaum |
| **Plaintiff:**<br>Ja-Wy, Inc., d/b/a Isle of Palms Red & White<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-01090 | James M. Rosenbaum |
| **Plaintiff:**<br>F&V Oil Company Inc, Lansdale Oil Company, Inc., and VB & FS Oil Company<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11152 | Paul D. Borman |
| **Plaintiff:**<br>S&S Lima, Inc., d/b/a Dry Rum Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11182 | Paul D. Borman |
| **Plaintiff:**<br>Silver Springs Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11200 | Arthur J. Tarnow |
| **Plaintiff:**<br>Elite Energy, LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Reddy Ice Holdings, Inc. | Eastern District of Michigan | 2:08-cv-11201 | Paul D. Borman |
| **Plaintiff:**<br>Melrick, Inc., d/b/a North Main Short Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11204 | Paul D. Borman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>RSB Wellman, Co. Inc., d/b/a Twig's Carry Out<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11213 | Paul D. Borman |
| **Plaintiff:**<br>Joseph Krainc, d/b/a Joe's Beer Distributor<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11238 | Avern Cohn |
| **Plaintiff:**<br>Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 5:08-cv-11293 | John Corbett O'Meara |
| **Plaintiff:**<br>Mazel LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11315 | David M. Lawson |
| **Plaintiff:**<br>Y & R's, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11316 | Paul D. Borman |
| **Plaintiff:**<br>Linco Distributing Co. d/b/a Beer Minimum<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11330 | Arthur J. Tarnow |
| **Plaintiff:**<br>823 Sproul, Inc. d/b/a Sproul Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11345 | Paul D. Borman |
| **Plaintiff:**<br>Blue Ash Service Center, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11387 | Paul D. Borman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Higginbotham Oil Company, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11400 | Paul V. Gadola |
| **Plaintiffs:**<br>Polly's Food Service, Inc. and Kenco, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11420 | Paul D. Borman |
| **Plaintiff:**<br>Tomino D/B/A Crafton Beverage Center<br>**Defendant:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11438 | Paul V. Gadola |
| **Plaintiff:**<br>Springfield Exxon LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11561 | Paul D. Borman |
| **Plaintiff:**<br>Roberta Wooten d/b/a Wooten's One Stop<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11575 | Denise Page Hood |
| **Plaintiff:**<br>GRI, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc. | Eastern District of Michigan | 2:08-cv-11602 | Paul D. Borman |
| **Plaintiff:**<br>Bedros, Inc.<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company; John Does 1 – X | Eastern Court of Michigan | 2:08-cv-11782 | Paul D. Borman |
| **Plaintiff:**<br>Marin Scotty's Market, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-1486 | Maxine M. Chesney |
| **Plaintiff:**<br>Karen Davis<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-1937 | Bernard Zimmerman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Chi-Mar Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-657 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Fu-Wah Mini Market<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-666 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Warrington Fuels, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Funds: Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-692 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Marchbank's Travel Service Inc., d/b/a Bear Mountain Travel Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-695 | James S. Gwin |
| **Plaintiff:**<br>Juniata Mobil<br>**Defendants:**<br>Reddy Ice Holdings, Inc., Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company | Northern District of Ohio | 1:08-cv-859 | Donald C. Nugent |
| **Plaintiff:**<br>Five Angels Management, d/b/a Frank A. Smith Beverages<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-480 | Jorge A. Solis |
| **Plaintiff:**<br>Massino<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-496 | Sidney A. Fitzwater |
| **Plaintiff:**<br>Blasingame<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-498 | Jane J. Boyle |

CHI-1647445v1

- 6 -

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Emmanuel d/b/a 7-11 25452<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-507 | Ed Kinkeade |
| **Plaintiff:**<br>DiFabritiis 7-11 Food Store #24428<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | Northern District of Texas | 3:08-cv-512 | Sidney A. Fitzwater |
| **Plaintiff:**<br>Rick Drontle d/b/a Ponytail Catering<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-536 | Jane J. Boyle |
| **Plaintiff:**<br>Wilson Farms, Inc.<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-537 | Jane J. Boyle |
| **Plaintiff:**<br>Mount Pocono Campground Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-563 | Ed Kinkeade |
| **Plaintiff:**<br>Charlie Holland Motors, Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-576 | A. Joe Fish |
| **Plaintiff:**<br>The Lanesville Food Mart Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-607 | Jorge A. Solis |
| **Plaintiff:**<br>Nirgundas Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-709 | Jorge A. Solis |
| **Plaintiff:**<br>Shree Narayandas Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-710 | Jorge A. Solis |

CHI-1647445v1

Exhibit A, Page 11

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Radha, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-711 | Barbara M.G. Lynn |
| **Plaintiff:**<br>Barranco-Grams<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Arctic Glacier California, Inc., Home City Ice Company, Does 1 – 100 | Southern District of California | 08-cv-539 | Dana M. Sabraw |
| **Plaintiff:**<br>Cobblestone Tequesta LLC d/b/a Tequesta Citgo<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | Southern District of California | 08-cv-656 | Janis L. Sammartino |
| **Plaintiff:**<br>6th & Island Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-752 | John A. Houston |
| **Plaintiff:**<br>Market Street Investments LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-753 | Marilyn L. Huff |
| **Plaintiff:**<br>Universal Hillcrest LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-775 | William Q. Hayes |
| **Plaintiff:**<br>Gaslamp Country Club<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-776 | Larry Allen Burns |
| **Plaintiff:**<br>Gil<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc. | Southern District of Florida | 1:08-cv-21089 | Patricia A. Seitz |

## PROOF OF SERVICE

I, Sharlys T. Williams, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.

On May 8, 2008, I caused to be served a copy of the within document(s):

**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, JOINT MOTION WAIVING SERVICE AND REQUEST FOR REASSIGNMENT AND APPOINTMENT**

- [x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- [x] by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LAI-2948632v1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008, at Los Angeles, California.

_____
Sharlys T. Williams

LAI-2948632v1

SERVICE LIST

| | |
|---|---|
| **James Nelson, Esq.**<br>DLA PIPER US LLP<br>1717 M Street<br>Suite 4600<br>Dallas, TX 75201-4629<br>Jr.Nelson@dlapiper.com<br><br>Tel: 214.743.4500<br>Fax: 214.743.4545 | **Attorneys for Defendant**<br>**Reddy Ice Holdings, Inc.** |
| **Sandford Litvack, Esq.**<br>HOGAN & HARTSON<br>875 Third Avenue<br>New York, NY 10022<br>SLitvack@hhlaw.com<br><br>Tel: 212.918.3000<br>Fax: 212.918.3100 | Attorneys for Defendant<br>Home City Ice Company. |
| **David W. Mitchell, Esq.**<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>davidm@csgrr.com<br><br>Tel: 619.231.1058<br>Fax: 619.231.7423 | Attorneys for Plaintiff Cobblestone<br>Tequesta LLC DBA Tequesta Citgo |

LAI-2948632v1