| | |
|---|---|
| 1 | Jason C. Murray (State Bar No. 169806) |
| | Eric P. Enson (State Bar No. 204447) |
| 2 | JONES DAY |
| | 555 South Flower Street |
| 3 | Fiftieth Floor |
| | Los Angeles, CA  90071-2300 |
| 4 | Telephone:   (213) 489-3939 |
| | Facsimile:    (213) 243-2539 |
| 5 | |
| 6 | Attorneys for Defendants |
| | ARCTIC GLACIER INCOME FUND, ARCTIC |
| | GLACIER, INC., ARCTIC GLACIER |
| 7 | INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLESTONE TEQUESTA LLC, DBA TEQUESTA CITGO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC, AND HOME CITY ICE COMPANY, et. al.,<br><br>Defendants. | Case No. 08-CV-0656 JLS (BLM)<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

# NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Southern District Local Civil Rule 40.2, Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc. and Arctic Glacier California, Inc. submit this Notice of Parties with Financial Interest:

(a) Defendant Arctic Glacier Income Fund (the "Fund") is a limited purpose mutual fund trust established under the laws of the Province of Alberta. The Fund is owned by individual and institutional unitholders. There are no unitholders that own interests of 10 percent or more of the Fund;

(b) Defendant Arctic Glacier Inc. is a wholly-owned subsidiary of the Fund; and

(c) Defendant Arctic Glacier International Inc. is a wholly-owned subsidiary of Arctic Glacier Inc.

Dated: May 8, 2008

JONES DAY

By: /s/ Jason C. Murray

Attorneys for Defendants ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER, INC., & ARCTIC GLACIER INTERNATIONAL, INC.

## PROOF OF SERVICE

I, Sharlys T. Williams, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.

On May 8, 2008, I caused to be served a copy of the within document(s):

**NOTICE OF PARTIES WITH FINANCIAL INTEREST**

[x]    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ]    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[x]    by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LAI-2948632v1

1      I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made.
3      Executed on May 8, 2008, at Los Angeles, California.

                                                                      */s/ Sharlys T. Williams*
                                                                        Sharlys T. Williams

LAI-2948632v1

SERVICE LIST

**James Nelson, Esq.**
DLA PIPER US LLP
1717 M Street
Suite 4600
Dallas, TX 75201-4629
Jr.Nelson@dlapiper.com

Tel: 214.743.4500
Fax: 214.743.4545

**Attorneys for Defendant Reddy Ice Holdings, Inc.**

**Sandford Litvack, Esq.**
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
SLitvack@hhlaw.com

Tel: 212.918.3000
Fax: 212.918.3100

Attorneys for Defendant Home City Ice Company.

**David W. Mitchell, Esq.**
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
davidm@csgrr.com

Tel: 619.231.1058
Fax: 619.231.7423

Attorneys for Plaintiff Cobblestone Tequesta LLC DBA Tequesta Citgo

LAI-2948632v1